UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21cv432-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| APPROXIMATELY $15,279.00 IN | ) |
| UNITED STATES CURRENCY SEIZED | ) |
| FROM ROSMEL TORRES MIRAMONTES | ) |
| ON FEBRUARY 17, 2021 | ) |

**ORDER OF DEFAULT JUDGMENT**

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion for Entry of Default Judgment (Doc. 7). Having considered the Motion and the pleadings, the Court **GRANTS** the Motion and Order as follows:

IT IS HEREBY ORDERED THAT Judgment by Default is entered against all persons in the world not having filed a claim in this action as to the following property:

**Approximately $15,279.00 in United States Currency seized from Rosmel Torres Miramontes on February 17, 2021.**

Signed: November 24, 2021

Max O. Cogburn Jr
United States District Judge